**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| Becky Kirk, Perry Ayoob, and Dawn Karzenoski, as representatives of a class of similarly situated persons, and on behalf of the CHS/Community Health Systems, Inc. Retirement Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Principal Life Insurance Company, Principal Management Company, and Principal Global Investors, LLC,<br><br>Defendants. | Case No.: 4:21-cv-00134-SMR-SHL<br><br>Judge Stephanie M. Rose<br><br>Magistrate Judge Stephen H. Locher |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

Defendants Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC move this Court, pursuant to Rule 12(b)(6) and Rule 12(b)(1) of the Federal Rules of Civil Procedure, for an Order granting dismissal of all Plaintiffs' claims in the above-captioned action.  In support of this motion, Defendants rely upon their Memorandum of Law in support of the Motion to Dismiss and the exhibits thereto, filed contemporaneously with this motion.   These materials establish that Plaintiffs cannot maintain any of their claims as a matter of law.

Dated: June 14, 2021                                      Respectfully submitted,


*/s/ Angel A. West*                                          */s/ Lars C. Golumbic*
Angel A. West        AT0008416              Lars C. Golumbic*
MAYNARD, COOPER & GALE                 Samuel I. Levin*
9313 Huntington Cir.                                 Elizabeth L. Woods*
Johnston, IA 50131                                   GROOM LAW GROUP, CHARTERED
Tel: (515) 686-8223                                  1701 Pennsylvania Avenue, N.W.

1

E-mail: AWest@maynardcooper.com

Washington, DC 20006
Tel: (202) 857-0620
E-mail: lgolumbic@groom.com
      slevin@groom.com
      ewoods@groom.com

*(admitted *pro hac vice* 05/10/21)

**ATTORNEYS FOR DEFENDANTS
PRINCIPAL LIFE INSURANCE
COMPANY, PRINCIPAL MANAGEMENT
CORPORATION, AND PRINCIPAL
GLOBAL INVESTORS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send a notice of electronic filing to the counsel of record.

/s/ Lars C. Golumbic
Lars C. Golumbic

2